UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Rupert Blanchette, Raymond Bailey Jr., Albert L. Barnes, Michael Cohen, Dominic Foca, Jeffrey Harsh, Robert Lowe, Sean Moore, James Riley, Michael Santangelo, and Leslie Marie Shearn,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Corporation USA; HSBC Bank USA, N.A.; and DOES 1 through 50, inclusive, Defendants. | Case No.: CV10-05968-SDW-MCA<br><br>STIPULATION OF DISMISSAL<br><br>(JURY TRIAL DEMANDED) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties in this matter that Plaintiff Jeffrey Harsh be dismissed with prejudice.

Dated: July 20, 2011

SCHALL & BARASCH, LLC

s/ Patricia A. Barasch
Patricia A. Barasch
110 Marter Avenue, Suite 302
Moorestown, NJ 08057

*Attorneys for Plaintiffs*

Dated: July 20, 2011

LITTLER MENDELSON

s/ Michael T. Grosso
Michael T. Grosso
One Newark Center, 8th Floor
Newark, NJ 07102

*Attorneys for Defendants*

SO ORDERED, this 21ST day of July, 2011

_____
THE HONORABLE SUSAN D. WIGENTON
United States District Judge